**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MMS IMPORTS INC., | Civil Action No. _____ |
| Plaintiff, | Removed from: |
| - against – | Supreme Court of the State of New York, County of Kings |
| OHIO SECURITY INSURANCE COMPANY, | Index No.:  535910/2023 |
| Defendant. | **NOTICE OF REMOVAL** |

**TO:**  **Brenna B. Mahoney, Clerk of the Court**
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Jack Glanzberg, Esq.
**MOLOD SPITZ & DeSANTIS, P.C.**
1430 Broadway, 21st Floor
New York, New York 10018
(646) 627-7181
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant Ohio Security Insurance Company ("Ohio Security"), by its undersigned attorneys, Finazzo Cossolini O'Leary Meola & Hager, LLC, hereby removes the above-captioned civil action, and all claims and causes of action therein, from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York. The grounds for removal are as follows.

1. On December 8, 2023, Plaintiff commenced this action in the Supreme Court of New York, County of Kings, Index No. 535910/2023, by filing a Summons and Complaint.

2. On December 15, 2023, the Summons and Complaint was served upon the Director

for Producer Licensing for the New York Department of Financial Services.

3.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(3) because, as detailed herein, it is filed within 30 days of December 15, 2023, the date on which the Director for Producer Licensing for the New York Department of Financial Services acknowledged service on behalf of Ohio Security of a paper from which it could be ascertained that the case is one which is removable.

4.      Copies of all process, pleadings and orders received by Ohio Security in the state court action, consisting at this time solely of the Summons and Complaint and Acknowledgement of Service, are attached hereto as Exhibit A.

5.      This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by Ohio Security pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.      Ohio Security is a company organized under the laws of the State of New Hampshire, with its principal place of business at 175 Berkeley Street, Boston, Massachusetts. Accordingly, for the purposes of diversity jurisdiction, Ohio Security is a citizen of the State of New Hampshire and the Commonwealth of Massachusetts.

7.      According to Paragraph 1 of the Complaint, Plaintiff MMS Imports Inc. is a domestic corporation duly existing and created under the laws of the State of New York, with its principal place of business located at 774 Bedford Avenue, Brooklyn, New York 11205.  *See* Exhibit A, Complaint, ¶ 1.  Accordingly, for the purposes of diversity jurisdiction, Plaintiff is a citizen of the State of New York.

8.      Accordingly, there is complete diversity of citizenship between the parties hereto,

thereby satisfying the diversity of citizenship requirement of 28 U.S.C. § 1332.

9.      Per Paragraph 9 of the Complaint, Plaintiff has sustained damages of "not less than $200,000." *See* Exhibit A, Complaint, ¶ 9.

10.     Accordingly, the amount in controversy exceeds the sum of $75,000 exclusive of interest and cots, thereby satisfying the amount in controversy requirement of 28 U.S.C. § 1332.

11.     Ohio Security will promptly serve a copy of this Notice of Removal on Counsel for Plaintiff and will file a copy of this Notice of Removal with the Clerk the Supreme Court of the State of New York, County of Kings, pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant Ohio Security Insurance Company, under 28 U.S.C. §§ 1332 and 1441, removes this action in its entirety from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York.

Dated: New York, New York
        January 12, 2024                 **FINAZZO COSSOLINI O'LEARY**
                                         **MEOLA & HAGER, LLC**

                                         By:  */s/ Rachel R. Hager*
                                              RACHEL R. HAGER, ESQ.
                                              5 Penn Plaza, 23rd Floor
                                              New York, New York 10001
                                              (646) 378-2033
                                                       -and-
                                              67 East Park Place, Suite 901
                                              Morristown, New Jersey 07960
                                              (973) 343-4960
                                              rachel.hager@finazzolaw.com
                                              *Attorneys for Defendant*
                                              *Ohio Security Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2024, the foregoing Notice of Removal, with attachments, was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of New York, and that a copy of the same was served via electronic mail upon the following known counsel of record:

Jack Glanzberg, Esq.
**MOLOD SPITZ & DeSANTIS, P.C.**
1430 Broadway, 21st Floor
New York, New York 10018
(646) 627-7181
jglanzberg@molodspitz.com
*Attorneys for Plaintiff*

/s/ Rachel R. Hager
RACHEL R. HAGER, ESQ.