UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
APTSONE INTERIORS CORP. and MMS IMPORTS INC.,

                      Plaintiff,

-against-

OHIO SECURITY INSURANCE COMPANY.

                      Defendant.
-------------------------------------------------------------------X

Docket No. 24-cv-00271(DLI)(PK)

**AMENDED COMPLAINT**

JURY DEMANDED

Plaintiffs, by their attorneys, **MOLOD SPITZ & DeSANTIS, P.C.**, as and for their Amended Complaint, herein allege upon information and belief as follows:

1. At all times hereinafter mentioned, Plaintiff APTSONE INTERIORS CORP. and MMS IMPORTS INC., ("Apstone") was and still is a domestic corporation duly existing and created under the laws of the State of New York, and maintains a principal place of business located at 774 Bedford Avenue, Brooklyn, NY 11205 ("subject premises").

2. At all times hereinafter mentioned, Plaintiff MMS IMPORTS INC. ("MMS"), was and still is a domestic corporation duly existing and created under the laws of the State of New York, and maintains a principal place of business located at 774 Bedford Avenue, Brooklyn, NY 11205.

3. At all times hereinafter mentioned, Plaintiff Apstone and/or MMS was a tenant at the subject premises and operated a business selling home furnishings thereat.

4. At all times hereinafter mentioned, Plaintiff Apstone and/or MMS maintained an ownership interest and/or insurable interest in the business personal property and improvements & betterments located at the subject premises.

5. At all times hereinafter mentioned, Defendant OHIO SECURITY INSURANCE COMPANY (hereinafter "OHIO") was and still is a corporation authorized, licensed, admitted and/or

1

engaged in the business of providing insurance and being an insurer in the State of New York, and located at 175 Berkeley Street, Boston, MA 02116.

6. At all times hereinafter mentioned, Defendant was and is authorized by the Department of Financial Services of the State of New York to engage in the business of insurance in the State of New York and to issue policies of insurance including the policy herein sued upon.

## AS AND FOR A FIRST CAUSE OF ACTION

7. On or about May 20, 2022, Defendant OHIO made, issued and/or renewed to Plaintiffs for good and valuable consideration a certain policy of insurance bearing policy number BKS (23) 61 11 90 30 wherein and whereby Defendant did insure Plaintiffs' business personal property and improvements & betterments located at the subject premises.

8. That on or about March 29, 2023, while said policy was in full force and effect, Plaintiffs suffered a loss by a covered peril of the property insured by Defendant.

9. Defendant has declined to indemnify Plaintiffs for the loss sustained although claim has been duly made and all conditions of the policy have been met.

10. As a result of Defendant's breach of contract, Plaintiffs have sustained damages in an amount to be determined at trial, but in no event less than $200,000.

**WHEREFORE,** it is respectfully requested that Plaintiffs have judgment against Defendant on the First cause of action in an amount to be determined at trial, but in no event less than $200,000, with interest from April 4, 2023, and for costs and disbursements of this action.

Dated: New York, New York
      February 19, 2024

**MOLOD SPITZ & DeSANTIS, P.C.**
Attorneys for Plaintiffs

By: _____
JACK GLANZBERG, ESQ.
1430 Broadway, 21st Floor
NEW YORK, NY 10018
Tel: (646) 627-7181
Our File No.: JMNY-7006

jglanzberg@molodspitz.com

TO: Via ECF Only
Finazzo Cossolini O'Leary
Meola & Hager, LLC
*Attorneys for Defendant*