# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, 21ST FLOOR, NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242
jglanzberg@molodspitz.com

www.molodspitz.com

May 29, 2024

Via ECF Only
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of NY

    Re:    MMS Imports Inc., et al v. Ohio Security Insurance Company
    Docket No.:    24-cv-00271(DLI)(PK)

Dear Judge Kuo:

    As you know, the undersigned represents the Plaintiffs in the above-referenced matter. As instructed by your Honor's Minute Entry, dated February 26, 2024, please allow the following to serve as the parties joint status report regarding the result of the mediation held on May 29, 2024.

    The parties are pleased to report that the above matter settled at mediation. Defendant will be preparing the draft settlement agreement for review and execution, and we anticipate being able to file a Stipulation of Dismissal within 60 days.

    Thank you for your time and attention to this matter.

    Very truly yours,

    **MOLOD SPITZ & DeSANTIS, P.C.**

    By*:*    *Jack Glanzberg, Esq.*
                Jack Glanzberg

Cc:    Rachel Hager, Esq.
        Finazzo, Cossolini, O'Leary
        Meola & Hager, LLC
        *Attorneys for Defendant*